# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-573
Lower Tribunal No. 17-14907

————————

**Andrey Shklyaev and Century Cab Corp.,**
Appellants,

vs.

**Rebecca Saunders,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Conroy Simberg, and Hinda Klein (Hollywood), for appellants.

The Pivnik Law Firm, and Jerome A. Pivnik, for appellee.

Before HENDON, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.